IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MIGUEL MORALES, Inmate #K61352,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 05-918-JLF** |
| | ) | |
| **ANTHONY RAMOS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

     This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On January 20, 2006, the Court denied Plaintiff's motion and ordered Plaintiff to pay the full filing fee assessing an initial partial filing fee within 30 days or show cause why he should not be allowed to proceed as a pauper and warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Thirty days have passed and no payment has been received therefore, the Court has rendered the following decision:

     **IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

March 6, 2006                       By:    *s/ James L. Foreman*
*Date*                                                  *District Judge*